**DISMISS and Opinion Filed March 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01180-CV**

**JOSE ATONAL MARTINEZ, Appellant**
**V.**
**REX OGHENEVOMERHO, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02732-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

231180f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOSE ATONAL MARTINEZ,
Appellant

No. 05-23-01180-CV     V.

REX OGHENEVOMERHO,
Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-02732-E.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee REX OGHENEVOMERHO recover his costs of this appeal from appellant JOSE ATONAL MARTINEZ.

Judgment entered this 13th day of March, 2024.